1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11

12  DONALD MAGNUSON, et al.,              )       Case No.: C 10-05776 PSG
                                          )
13              Plaintiffs,               )       **ORDER SETTING DEADLINE FOR
                                          )       PARTIES TO FILE EITHER A
14        v.                              )       "CONSENT TO PROCEED BEFORE A
                                          )       UNITED STATES MAGISTRATE
15  BANK OF AMERICA, et al.,              )       JUDGE," OR ELSE A "DECLINATION
                                          )       TO PROCEED BEFORE A UNITED
16              Defendants.               )       STATES MAGISTRATE JUDGE AND
    _____)       REQUEST FOR REASSIGNMENT"**

17

18          On December 27, 2010, Defendants filed a motion to dismiss this action.  As a result, each

19  party was required either to file written consent to the jurisdiction of the magistrate judge or to

20  request reassignment to a district judge, no later than January 3, 2011.  *See* Civ. L.R. 73-1(a)(2).

    None of the parties has either consented or requested reassignment.  Therefore,
21
            IT IS HEREBY ORDERED that no later than January 18, 2011, each party shall file either
22
    a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed
23
    Before a United States Magistrate Judge and Request for Reassignment." Both forms are available
24
    from the clerk of the court or from the Forms (Civil) section of the court's website at
25
    www.cand.uscourts.gov.
26
    Dated: January 11, 2011
27

28                                        _____
                                          PAUL S. GREWAL
                                          United States Magistrate Judge


                                          ORDER