IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Donald R. Magnuson, et al., | NO. C 10-05776 JW |
|     Plaintiffs, <br> v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Bank of America, N.A., et al., | |
|     Defendants. | |

    This case is scheduled for a Case Management Conference on March 21, 2011. On February 1, 2011, Defendants filed a Motion to Dismiss and noticed it for a hearing on April 4, 2011.[1] In light of the pending dispositive Motion, the Court finds that a Case Management Conference is premature at this time.

    Accordingly, the Court VACATES the March 21 Conference. The Court will set a new Conference date in its Order addressing the Motion to Dismiss, if necessary.

Dated: March 16, 2011

JAMES WARE  
United States District Chief Judge

---

[1] (Defendants' Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint, Docket Item No. 16.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Deborah Anne Goldfarb deborah.goldfarb@bryancave.com

Dennis Michael Sacks
Attorney at Law
PO Box 1474
Riverside, CA 92502

**Dated:  March 16, 2011**                                          **Richard W. Wieking, Clerk**

                                            **By:       /s/ JW Chambers**
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California